HON. JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RANDOLFF SCOTT RUFFELL WESTOVER,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | No. 3:20-cv-05606-MJP<br><br>STIPULATED MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL<br><br>NOTE ON MOTION CALENDAR: October 16, 2020 |

The parties stipulate as follows:

1. This matter involves plaintiff Westover's claim for short-term and long-term disability benefits under ERISA-governed insurance policies issued by defendant LINA. The plaintiff contends that certain medical conditions render him disabled and entitled to benefits under the terms of the LINA insurance policies.

STIPULATED MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL
(No. 3:20-cv-05606-MJP) - 1

RUIZ & SMART
PLAINTIFF LITIGATION PLLC
95 S. Jackson St., Ste. 100
Seattle, WA 98104
Tel. 206-203-9100 Fax 206-785-1702

2. The administrative record produced by LINA[1] in this ERISA matter is around 3,100 pages.

3. The administrative record is replete with plaintiff's confidential personal information and consists mainly of plaintiff's medical records and analysis of, and/or commentary about, plaintiff's medical records.

4. Under LCR (5)(g)(3), undersigned counsel certify they have conferred regarding the filing of the administrative record in this matter under seal. Given the volume of the file materials, and the nature of the contents of the file, it is impracticable to redact the large volume of material that would be necessary to redact if this record is not filed under seal. There is no practical way to redact the relevant medical information at issue in this lawsuit, which comprises the bulk of the record.

5. The parties agree that plaintiff has a legitimate purpose in keeping plaintiff's private personal information and medical records private, and there is no known reason why this information should be disseminated to the public and no harm to any party will be visited if the Court grants this motion.

6. The parties do not assert that isolated citations to specific medical information, e.g., as might be necessary to support or oppose dispositive motions, would necessarily merit filing under seal, only that the voluminous medical history contained in the administrative record, some of which might be irrelevant to the present dispute, should be shielded from public disclosure.

---

[1] By making this motion, plaintiff does not concede that LINA's proffered administrative record is complete.

STIPULATED MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL
(No. 3:20-cv-05606-MJP) - 2

**RUIZ & SMART**
**PLAINTIFF LITIGATION PLLC**
95 S. Jackson St., Ste. 100
Seattle, WA 98104
Tel. 206-203-9100 Fax 206-785-1702

7. The "need to protect medical privacy qualifies in general as a 'compelling reason'" to protect medical records and to file them under seal. *Karpenski v. Am. Gen. Life Companies, LLC*, No. 2:12-cv-01569RSM, 2013 WL 5588312, at *1 (W.D. Wash. Oct. 9, 2013) (quoting LCR 5(g) and *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)). The need to protect medical privacy qualifies as a "compelling reason" to grant a motion to seal even under the heightened "compelling reasons" standard applicable in the context of summary judgment motions. *Id*. *Karpenski* recognized that even if a plaintiff has put their health at issue in a lawsuit, they nonetheless remain entitled to the protection of sensitive medical information. *Id.*; *see also Macon v. United Parcel Serv., Inc.*, No. C12-260 RAJ, 2013 WL 951013, at *5 (W.D. Wash. Mar. 12, 2013) (granting unopposed motion to seal medical records even where plaintiff failed to comply with LCR 5(g) given the "private nature of the documents at issue").

8. Accordingly, the parties ask this Court to allow for the filing of the administrative record under seal. A proposed order accompanies this motion. The undersigned counsel certify the above facts are true to the best of their knowledge. The parties present the below proposed order granting the above-requested relief.

RESPECTFULLY SUBMITTED: October 16, 2020

For Plaintiff Westover:

RUIZ & SMART PLAINTIFF LITIGATION PLLC

By */s McKean J. Evans*
  McKean J. Evans, WSBA #52750

Isaac Ruiz, WSBA #35237

For Defendant LINA:

LANE POWELL PC

By *s/ Stephania Denton* (via email consent)
  Stephania Denton, WSBA #21920

D. Michael Reilly, WSBA No. 14674
Stephania Denton, WSBA #21920

STIPULATED MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL
(No. 3:20-cv-05606-MJP) - 3

RUIZ & SMART
PLAINTIFF LITIGATION PLLC
95 S. Jackson St., Ste. 100
Seattle, WA 98104
Tel. 206-203-9100 Fax 206-785-1702

1  McKean J. Evans, WSBA #52750          LANE POWELL PC
   95 S. Jackson St., Ste. 100           1420 Fifth Avenue
2  Seattle, WA 98104                     Suite 4200
   Tel. 206-203-9100                     Seattle, WA 98101-2338
3  Fax. 206-785-1702                     206-223-7000
   iruiz@plaintifflit.com                reillym@lanepowell.com
4  mevans@plaintifflit.com               dentons@lanepowell.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO FILE THE
ADMINISTRATIVE RECORD UNDER
SEAL
(No. 3:20-cv-05606-MJP) - 4

**Ruiz & Smart**
**Plaintiff Litigation PLLC**
95 S. Jackson St., Ste. 100
Seattle, WA 98104
Tel. 206-203-9100 Fax 206-785-1702

**ORDER**

IT IS SO ORDERED. The Court GRANTS the parties' joint stipulated motion to file the administrative record under seal and ORDERS that the clerk file the administrative record under seal in this matter.

DATED this 16th day of October, 2020.

                                                              Honorable Marsha J. Pechman
                                                              United States District Judge

STIPULATED MOTION TO FILE THE
ADMINISTRATIVE RECORD UNDER
SEAL
(No. 3:20-cv-05606-MJP) - 5

RUIZ & SMART
PLAINTIFF LITIGATION PLLC
95 S. Jackson St., Ste. 100
Seattle, WA 98104
Tel. 206-203-9100 Fax 206-785-1702