UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDOLFF SCOTT RUFFELL WESTOVER,<br><br>    Plaintiff,<br><br> v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | CASE NO. C20-5606 MJP<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND |

This matter comes before the Court on Defendant's Motion to Amend its Answer. (Dkt. No. 17.) Plaintiff does not oppose this motion. (Dkt. No. 23.) The Court GRANTS Defendant's Motion and it may file an amended Answer within 5 days of entry of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 17, 2020.

              Marsha J. Pechman
              United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO AMEND - 1